T. A. CUNNINGHAM V. R. W. HILL *et al., as Partners,. etc.*

No. 16,140.

CONTRACTS—*Penalty—Liquidated Damages.* A stipulation in a contract held to provide for a penalty and not for liquidated damages.

Error from Jackson district court; MARSHALL GEPHART, judge. Opinion filed July 3, 1909. Affirmed.

*Horace M. Baldwin,* for the plaintiff in error.

*A. E. Crane, E. D. Woodburn,* and *F. T. Woodburn,* for the defendants in error.

*Per Curiam:* The contract upon which this action was brought provided for a penalty in case of breach and not for stipulated damages. The principles of law governing the case are fully stated and well illustrated in the following decisions of this court: *St. L. & S. F. Rly. Co. v. Shoemaker,* 27 Kan. 677; *Heatwole v. Gorrell,* 35 Kan. 692; *Condon v. Kemper,* 47 Kan. 126; *Land Co. v. Barton,* 51 Kan. 554; *Davidson v. Hughes,* 76 Kan. 247; *Railroad Co. v. Gaba,* 78 Kan. 432; *Bank v. Burlington,* 79 Kan. 797.)

The judgment of the district court is affirmed.